## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHLEEN QUINLAN | : | Case No. 3:12-cv-00417 |
| | : | |
| PLAINTIFF, | : | (Judge Black) |
| | : | |
| v. | : | |
| | : | |
| ROMAN CATHOLIC ARCHDIOCESE | : | |
| OF CINCINNATI, et al. | : | |
| | : | **STIPULATION OF DISMISSAL WITH** |
| DEFENDANTS. | : | **PREJUDICE** |

All parties to this action hereby stipulate that Plaintiff voluntarily dismisses her claims against Defendants with prejudice pursuant to Fed. Civ. R. 41(a)(1)(A).


/s/ Brian J. Butler
Brian J. Butler (0082675)
Robert A. Klingler (0031603)
ROBERT A. KLINGLER CO., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, Ohio 45202-3133
Telephone: (513) 665-9500
Facsimile: (513) 621-3240
Email: bjb@klinglerlaw.com
*Attorneys for Plaintiff*

/s/ Zoraida M. Vale
Steven P. Goodin (0071713)
Zoraida M. Vale ((0085071)
Graydon Head & Ritchey LLP
Fifth Third Center
511 Walnut St., Suite 1900
Cincinnati, OH  45202
Telephone:  (513) 629-2845
Facsimile:  (513) 651-3836
Email:  sgoodin@graydon.com
        zvale@graydon.com
*Attorneys for Defendants*


IT IS SO ORDERED.

Timothy S. Black
United States District Judge